UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, et al
as trustees
    Plaintiffs,        )
                            )
   V                   )   CA 05- 10072-JLT
                            )
G. CONWAY, INC. and       )
FLEET, Trustee
    Defendants.

ORDER

JANUARY 21, 2005

TAURO, J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).

                                          /s/ Joseph L. Tauro
                                       United States District Judge