## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.  <u>05-cv-10072 JLT</u>

   Title: **McNally, et al v. G. Conway, Inc. et al**

**N O T I C E**

Please take notice that the above-entitled case previously assigned to

Judge   **Tauro**   has been transferred to  Judge **Lasker**  for all further proceedings.

From this date forward the case number on all pleadings should be followed by the

initials **MEL.**

Thank you for your cooperation in this matter.

> TONY ANASTAS
> CLERK OF COURT
>
>
>        By:     Kimberly M. Abaid
>                Deputy Clerk

Date:  January 25, 2005

_____   Please NOTE that the above case has been transferred to the Western Division in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Division in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:     Counsel

(In-House re-assign-recusal.wpd - 12/98)                                                              [ntccsasgn.]