UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>          Plaintiffs<br><br>vs.<br><br>G. CONWAY, INC.,<br>          Defendant<br><br>and<br><br>BOWDOIN CONSTRUCTION CORP.,<br>          Reach-and-Apply Defendant<br><br>and<br><br>FLEET,<br>          Trustee | C.A. No. 05-10072 MEL |

**<u>ORDER</u>**

Now, upon application of Plaintiffs and affidavits and a memorandum of law in support thereof, it is hereby ordered that the Plaintiffs' Motion for an Ex Parte Order of Attachment by Trustee Process of the bank accounts of defendant G. Conway, Inc., currently held by Fleet Bank, be granted upon the condition that Plaintiffs' counsel inform a responsible officer of the

Defendant within one business day of the granting of this Order.

                                                                 _____
                                                                 The Honorable Morris E. Lasker
                                                                 United States District Court

Dated: _____

GAG/gag&ts
ARS 6306 04-479/order.doc