*Commonwealth of Massachusetts*

*Middlesex, ss*                                                                 Civil Action No.05-10072 MEL

*Paul J. McNally, as he is Trustee, MA Laborers' Health & Welfare Fund, et al*

*Plaintiff(s)*

vs.                                                                             Answer of Trustee
                                                                                Fleet National Bank

G. Conway, Inc.

*Defendant(s)*

and

**Fleet National Bank**

*Trustee*

---

*And now the Fleet National Bank, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $0.00 in the name of G. Conway, Inc.*

*Signed under the pains and penalties of perjury.*

Fleet National Bank

By _/s/ Sandra Allen_    Date: 3/17/05

Sandra Allen
Legal Order Processing
5701 Horatio Street
Utica, NY 13502