AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,

    Plaintiffs

V.

G. Conway, Inc.,   Defendant

and

Bowdoin Construction Corp.,
   Reach-and-Apply Defendant

and

Fleet Bank,   Trustee

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05 10072 JLT**

TO: (Name and address of defendant)

   G. Conway, Inc.
   380R Rutherford Avenue
   Charlestown, MA  02129

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Gregory A. Geiman, Esquire
   Segal, Roitman & Coleman
   11 Beacon Street
   Suite #500
   Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  FEB - 4 2005

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

April 4, 2005

I hereby certify and return that on 3/30/2005 at 10:05AM I served a true and attested copy of the Summons and Amended Complaint in this action in the following manner: To wit, by delivering in hand to Butch Crook, project manager, agent and person in charge at the time of service for G. Conway, Inc., at , 380 R Rutherford St., Charlestown, MA. In the service hereof it was necessary and I actually used a motor vehicle 5 miles. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($1.50), Travel ($3.20), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $45.70

Deputy Sheriff   William Stella

*Deputy Sheriff*

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                    Signature of Server

                                      _____
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure