UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,
    Plaintiffs

vs.

G. CONWAY, INC.,
    Defendant

and

BOWDOIN CONSTRUCTION CORP.,
    Reach-and-Apply Defendant

and

FLEET,
    Trustee

C.A. No. 05-10072 MEL

## AFFIDAVIT OF ANNE R. SILLS

1.    My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2.    This firm has been involved in efforts to collect contributions owed the Massachusetts Laborers' Benefit Funds by G. Conway, Inc. since on or about November 9, 2004.

2

Since that date, we have incurred legal fees of $1,900.00 and costs of $165.20.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5th DAY OF MAY, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit has been served by certified and first class mail upon the defendant, G. Conway, Inc. at P.O. Box #273, Charlestown, MA  02129 and by first class mail upon the reach-and-apply defendant, Bowdoin Construction Corp. by its attorney John J. Gallagher at the Law Offices of Warren H. Brodie, P.C., 40 Grove Street, Suite #220, Wellesley, MA  02482  this 5th day of May, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 04-479/affsills2.doc