UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, TRUSTEE et als.<br><br>*Plaintiffs*,<br>v.<br><br>G. CONWAY, INC.,<br><br>*Defendant*,<br><br>and<br><br>BOWDOIN CONSTRUCTION CORP.,<br><br>*Reach-and-Apply Defendant*,<br><br>and<br>FLEET,<br><br>*Trustee*. | C.A. No. 05-10072 MEL |

## AFFIDAVIT OF WAYNE M. GRENON

I, Wayne M. Grenon, hereby depose and state upon my personal knowledge as follows:

(1) I am the Controller of Bowdoin Construction Corp. ("Bowdoin"), the reach-and-apply defendant in this action.

(2) Bowdoin is the general contractor for the construction of Super Stop & Shop Supermarket, Store #011, located in Revere, Massachusetts ("the Project") pursuant to a general contract between Bowdoin and Stop & Shop Supermarket Co. dated August 1, 2004.

(3)   On March 25, 2004, Bowdoin entered into a subcontract with the defendant, G. Conway, Inc. ("Conway"), for the exterior sitework portion of the project for the subcontract price of $2,775,800.00.

(4)   On October 12, 2004, Bowdoin entered into a second subcontract with Conway, for the interior sitework portion of the Project, for the subcontract price of $591,494.

(5)   The status of the Exterior sitework subcontract is as follows:

| Original subcontract price | $ 2,775,800.00 |
| Approved Change Orders | 303,259.00 |
| Revised subcontract price | 3,079,059.00 |
| Payments to date | 2,679,968.99 |
| Contract Balance Remaining | 399,090.01 |

(6)   The status of the interior sitework subcontract is as follows:

| Original subcontract price | $ 591,494.00 |
| Approved Change Orders | 6,551.00 |
| Revised subcontract price | 598,045.00 |
| Payments to date | 488,816.93 |
| Contract Balance Remaining | 109,288.07 |

(7)   The work performed by Conway on the Project is actually being performed by numerous sub-subcontractors and material suppliers to Conway.

(8)   Attached to this Affidavit as Exhibit "A" is a true copy of a document captioned "Aging & Cash Projection Report" dated May 4, 2005

furnished by Conway to Bowdoin. Exhibit "A" lists each of the sub-subcontractors and material suppliers to Conway relative to the Project and indicates that Conway owes its sub-subcontractors and suppliers relative to the Project, not including the plaintiffs, the sum of $425,871.62.

(9) The Contract Balances Remaining under the Conway subcontracts are in the total amount of $508,318.08. If Conway pays its sub-subcontractors and suppliers the amounts owed of $425,871.62, there will be $82,446.06 in Contract balances left to be paid. The cost to complete Conway's remaining work on the Project is in excess of that amount. There is not enough remaining to be paid to Conway under the two subcontracts to pay Conway's existing creditors on the project and to pay for the completion of the Project.

(10) If Bowdoin is unable to make payment to Conway or to Conway's sub-subcontractors and suppliers, there is a likelihood that they will cease performing work on the Project which will disrupt Bowdoin's performance of its obligations to Stop & Shop.

(11) If Bowdoin is unable to properly and timely perform the obligations of its general contract, Stop & Shop has the right to terminate Bowdoin's general contract.

(12) According to a letter dated May 9, 2005 from Don Christy, Field Auditor of the Massachusetts Laborers' Benefit Funds to Conway, a true copy of which is attached to this Affidavit as Exhibit "B," the "Net Amount Due" from Conway to the plaintiffs is $75,523.48. According to Exhibit "B," the amount due

from Conway to the plaintiffs as a result of the work on the Project is only $10,630.40. The balance of the amount sought by the plaintiffs of $64,893.08 has nothing to do with the Stop & Shop Project or Bowdoin.

    Signed under the pains and penalties of perjury this 18th day of May, 2005.

                                                                            WAYNE M. GRENON

BOWDOIN    Fax:7814444970    May 18 2005  15:26    P.09

Run On :May 04, 2005
At :14:11:59
As Of :05/04/2005

Aging & Cash Projection Report
G. Conway, Inc.
AGING DATE 05/04/2005

0 : Page #
AGING
APAGSUM3.RPT

1. AS OF DATE:             05/04/2005

2. REPORT:      AGING

3. REPORT ORDER:    BY JOB / VENDOR

4. PRINT SUMMARY AGING REPORT (YES,NO) : YES

AGING BY JOB / VENDOR THRU 12/9999

1. JOB RANGE :              2402   TO   2402

2. NEW PAGE FOR EACH JOB (YES,NO)          NO

3. AGE ON:       DUE DATE

4. AGE AS OF:    05/04/2005

5. ENTER AGING RANGES

         1  TO   30    31  TO   60
        61  TO   90    91  TO  999

Run On: May 04, 2005
At: 14:11:59
As Of: 05/04/2005

Aging & Cash Projection Report
G. Conway, Inc.
AGING DATE 05/04/2005

1 : Page #
AGING
APAGSUM3.RPT

| JOB INFORMATION | | CURR TO 30 | 31 TO 60 | 61 TO 90 | 91 TO 999 | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2402 | SHOPS AT SUFFOLK DOWNS | | | | | |
| 1015 | ARACO SEWER & DRAIN SVC. | 5,232.75 | 1,756.40 | | | 6,989.15 |
| 13036 | MILLENNIUM POWER SWEEP | | | | 787.95 | 787.95 |
| 13099 | MASS STATE POLICE TROOP | | | | 334.40 | 334.40 |
| 14029 | NESC, INC | | | | 54,515.83 | 54,515.83 |
| 15003 | O'DONNELL SAND & GRAVEL | | | | 7,952.00 | 7,952.00 |
| 16020 | PAVEL TRAFFIC LINE | | | | 8,598.33 | 8,598.33 |
| 16049 | PUBLIC WORKS SUPPLY | | | | 15,373.27 | 15,373.27 |
| 18008 | RENT ALL, INC. | | | | 934.50 | 934.50 |
| 18027 | CITY OF REVERE POLICE DE | | | | 2,150.50 | 2,150.50 |
| 18040 | REVERE POLICE DEPARTMENT | | | 448.80 | | 448.80 |
| 19066 | SCITUATE/RAY PRECAST CON | 2,059.05 | | | | 2,059.05 |
| 2036 | BILLERICA WINWATER WORKS | 1,122.79 | | | | 1,122.79 |
| 2296 | BROX INDUSTRIES INC | | | | 238,117.34 | 238,117.34 |
| 23004 | WATER WORKS SUPPLY CORP. | | | | 0.01 | 0.01 |
| 23025 | WINTHROP POLICE | | | | 308.00 | 308.00 |
| 3053 | CARUSO EQUIPMENT CO. | | | 3,325.00 | 73,546.00 | 76,871.00 |
| 4023 | DEERING MASON SUPPLY INC | | | | 7,783.47 | 7,783.47 |
| 7033 | GARRITY ASPHALT RECLAIMI | | | | 1,525.23 | 1,525.23 |

Run On : May 04, 2005　　　　　　　　　Aging & Cash Projection Report　　　　　　　　　2 : Page #
At : 14:11:59　　　　　　　　　　　　　　　　　G. Conway, Inc.　　　　　　　　　　　　　　　AGING
As Of : 05/04/2005　　　　　　　　　　　AGING DATE 05/04/2005　　　　　　　　　　　APAGSUM3.RPT

| JOB INFORMATION | CURR TO 30 | 31 TO 60 | 61 TO 90 | 91 TO 999 | TOTAL DUE |
|---|---|---|---|---|---|
| 2402 | 8,414.59 | 1,756.40 | 3,773.80 | 411,926.83 | 425,871.62 |
| RANGE TOTALS: | 8,414.59 | 1,756.40 | 3,773.80 | 411,926.83 | 425,871.62 |

*** End Of Report ***

MASSACHUSETTS LABORERS' BENEFIT FUNDS
14 NEW ENGLAND EXECUTIVE PARK-SUITE 200
P.O. BOX 4000, BURLINGTON, MA 01803-0900
TELEPHONE (781) 272-1000
FAX (781) 272-2226
1(800)342-3792

5/09/2005

BOB CONWAY
G CONWAY INC
P O BOX 273
CHARLESTOWN, MA 02129

07255

DEAR BOB CONWAY,

OUR RECENT AUDIT OF YOUR LABORERS' PAYROLL RECORDS FOR THE PERIOD OF:
01/2004-12/2004 REVEALED AN OUTSTANDING BALANCE OF: $ 47,034.91.

IF APPLICABLE, ATTACHED PLEASE FIND AUDIT REMITTANCE REPORTS LISTING
THE HOURS AND AMOUNTS DUE FOR EACH LABORER BY MONTH. THESE REPORTS
MUST BE RETURNED WITH YOUR CHECK IN ORDER TO INSURE THAT PROPER
CREDIT IS GIVEN TO EACH LABORER.

IN ADDITION, ANY PAST DUE AUDIT BALANCES, OUTSTANDING INTEREST,
UNDERPAYMENTS AND OTHER FEES ARE LISTED BELOW AND ARE DUE AND
PAYABLE AT THIS TIME.

| AUDIT PERIOD | AMOUNT DUE | PYMTS/ADJ RECVD | BALANCE DUE |
|---|---|---|---|
| 01/2005-04/2005 | 24,212.85 | .00 | 24,212.85 |
| 09/2004-12/2004 | 72,418.76 | 43,729.71 | 28,689.05 |
| 01/2004-08/2004 | 70,749.97 | 52,404.11 | 18,345.86 |

TOTAL HOUR CARD:                                                    .00

OUTSTANDING A/R:                                               4,275.72

AUDIT FEES:                                                         .00

LAWYERS FEES:                                                       .00

NET AMOUNT DUE:                                               75,523.48

## G Conway Job Breakdown

Job: **Shops At Suffolk Downs**

General Contractor: **Bowdoin**

Year: 2005

Rate: $15.10

*thru w/E 4/16/05*

| Laborer | | Total | Jan | Feb | Mar | Apr |
|---|---|---|---|---|---|---|
| S.S. # | 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 | 439.5 | 90.5 | 112 | 146 | 91 |
| Name | Edward Raposo | | | | | |
| S.S. # | 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 | 98.5 | | | 2 | 96.5 |
| Name | Pedro Fernades | | | | | |
| S.S. # | 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 | 117 | | | 74 | 43 |
| Name | Christopher Raposo | | | | | |
| S.S. # | 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 | 16 | | | | 16 |
| Name | Jose Ferreira | | | | | |
| S.S. # | 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 | 2 | | | | 2 |
| Name | Kevin Raposo | | | | | |
| | Total | 673 | | | | |
| | Total $ | $10,162.30 | | | | |

I have determined the above balance due to the Massachusetts Laborer's Benefit Funds.

These figures were derived from G Conway's Certified Payrolls

If there are any questions please call me at (781) 272-1000x172.

*Don Christy* (signature)
Don Christy
Field Auditor

## G Conway Job Breakdown

**Job:** Stop & Shop Revere, MA

**General Contractor:** Bowdoin

**Year : 2005**

**Rate:** $15.10

thru w/e 4/16/05

| Laborer | | Total | Jan | Feb | Mar | Apr |
|---|---|---|---|---|---|---|
| S.S. # | 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 | 21 | | 13 | | 8 |
| Name | Edward Raposo | | | | | |
| S.S. # | 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 | 10 | | | | 10 |
| Name | Pedro Fernades | | | | | |
| S.S. # | 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 | 0 | | | | |
| Name | Christopher Raposo | | | | | |
| S.S. # | 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 | 0 | | | | |
| Name | Jose Ferreira | | | | | |
| S.S. # | 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 | 0 | | | | |
| Name | Kevin Raposo | | | | | |
| | Total | 31 | | | | |
| | Total $ | $468.10 | | | | |

I have determined the above balance due to the Massachusetts Laborer's Benefit Funds.

These figures were derived from G Conway's Certified Payrolls

If there are any questions please call me at (781) 272-1000x172.

*[signature: Don Christy]*

Don Christy
Field Auditor