UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　Plaintiffs<br><br>vs.<br><br>G. CONWAY, INC.,<br>　　　　Defendant<br><br>and<br><br>BOWDOIN CONSTRUCTION CORP.,<br>　　　　Reach-and-Apply Defendant<br><br>and<br><br>FLEET,<br>　　　　Trustee | C.A. No. 05-10072 MEL |

**MOTION FOR ATTACHMENT OF
PERSONAL PROPERTY OF DEFENDANT**

Now come the Plaintiffs in the above-entitled matter and move this Court, pursuant to Rule 64, Fed.R.Civ.P., M.G.L. c. 223, and Rule 4.1, Mass.R.Civ.P., for an order to attach personal property of Defendant G. Conway, Inc. ("Conway"), to the value of $65,178.42, representing fringe benefit contributions owed plus estimated prejudgment interest, statutory liquidated damages, attorneys' fees, and costs.

In support thereof, Plaintiffs state they are reasonably likely to recover judgment in an amount equal to or greater than the amount of the attachment over and above any liability insurance shown by Conway to be available to satisfy the judgment.  In support of this Motion, plaintiffs rely on a Memorandum of Law submitted herewith and the Affidavits of Philip Mackay and Anne R. Sills, and other pleadings on file in this case.

    Respectfully submitted,

    PAUL J. McNALLY, as he is
    TRUSTEE, MASSACHUSETTS
    LABORERS' HEALTH AND WELFARE
    FUND, et al,

    By their attorneys,

    /s/ Gregory A. Geiman
    Anne R. Sills, Esquire
    BBO #546576
    Gregory A. Geiman, Esquire
    BBO #655207
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108
    (617) 742-0208

Dated: October 28, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Plaintiffs' Motion for Attachment of Personal Property in this matter he corresponded with G. Conway, Inc.'s attorney in a good faith effort to resolve or narrow the issues, but that he did not receive a response.

    /s/ Gregory A. Geiman
    Gregory A. Geiman, Esquire

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Motion for Attachment of Personal Property of Defendant has been served by first class mail upon Defendant G. Conway, Inc. by its attorney, Steven B. Rosenthal at 15 Broad Street, Boston, MA  02109 this 28th day of October, 2005.

    /s/ Gregory A. Geiman
    Gregory A. Geiman, Esquire

GAG/gag&ts ARS 6306 04-479/motattach-persprop.doc