UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,
   Plaintiffs

vs.

G. CONWAY, INC.,
   Defendant

and

BOWDOIN CONSTRUCTION CORP.,
   Reach-and-Apply Defendant

and

FLEET,
   Trustee

C.A. No. 05-10072 MEL

## FINDING AND ORDER OF APPROVAL OF ATTACHMENT

   This cause came on to be heard after notice and opportunity to be heard and upon a motion for approval of attachment, and upon consideration thereof this Court hereby finds that there is a reasonable likelihood that the Plaintiffs will recover judgment, including estimated interest, statutory liquidated damages, attorneys' fees, and costs, in an amount equal to or greater than the amount of the attachment approved herein over and above any liability insurance shown by the Defendant to be available to satisfy the judgment.

WHEREUPON this Court hereby approves attachment in the amount of $65,178.42.

_____     _____
Date                                                                          The Honorable Morris E. Lasker
                                                                              United States District Judge

GAG/gag&ts
ARS 6306 04-479/find&ord-attach.doc