UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,
        Plaintiffs

vs.

G. CONWAY, INC.,
        Defendant

and

BOWDOIN CONSTRUCTION CORP.,
        Reach-and-Apply Defendant

and

FLEET,
        Trustee

C.A. No. 05-10072 MEL

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies,

and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on January 10, 2005 in which the Plaintiffs are Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, whose attorney is Gregory A. Geiman of Segal, Roitman, and Coleman of 11 Beacon Street, Suite #500,

2

Boston, Massachusetts 02108, we command you to attach the personal property of the Defendant G. Conway, Inc. in accordance with the following directions and/or limitations (if any): to the value of $65,178.42 and make due return of this writ with your doings thereon into said Court.

This attachment was approved on October _____, 2005 by the Honorable Morris E. Lasker in the amount of $65,178.42.

DATED AT BOSTON, MASSACHUSETTS THIS _____ DAY OF OCTOBER, 2005.

_____
The Honorable Morris E. Lasker
United States District Judge

GAG/gag&ts
ARS 6306 04-479/writ-attach.doc