UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>        Plaintiffs<br><br>vs.<br><br>G. CONWAY, INC.,<br>        Defendant<br><br>and<br><br>BOWDOIN CONSTRUCTION CORP.,<br>        Reach-and-Apply Defendant<br><br>and<br><br>FLEET,<br>        Trustee | C.A. No. 05-10072 MEL |

## AFFIDAVIT OF ANNE R. SILLS

1. My name is Anne R. Sills. I am a partner with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the Massachusetts Laborers' Benefit Funds by G. Conway, Inc. ("Conway") since on or about November 9, 2004. Since that date, we have incurred legal fees of $8,380.00 and costs of $960.07.

2

      3.      A review of Conway's assets uncovered the following motor vehicles which are, upon information and belief, owned by Conway and used solely for business purposes: (a) 2002 Ford F450 (license # MA J49341); (b) 2001 Ford F150 (license # MA H98600); (c) 2001 Ford F150 (license # MA J24826); (d) 2000 Ford Explorer (license # MA 977MLM); (e) 2000 Ford F150 (license # MA 475CYW); and (f) 1999 Ford F150 (license # MA G89271).

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF OCTOBER, 2005.

                                          /s/ Anne R. Sills
                                          Anne R. Sills, Esquire

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by first class mail upon Defendant G. Conway, Inc. by its attorney, Steven B. Rosenthal at 15 Broad Street, Boston, MA 02109 this 28th day of October, 2005.

                                          /s/ Gregory A. Geiman
                                          Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 03-428/affsills3.doc