UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　　Plaintiffs<br><br>vs.<br><br>G. CONWAY, INC.,<br>　　　　　Defendant<br><br>and<br><br>BOWDOIN CONSTRUCTION CORP.,<br>　　　　　Reach-and-Apply Defendant<br><br>and<br><br>FLEET,<br>　　　　　Trustee | C.A. No. 05-10072 MEL |

**VERIFIED REQUEST TO ENTER DEFAULT**

Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, request the Clerk to enter the default of G. Conway, Inc. (hereinafter "G. Conway"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

1)　　This action was filed on February 2, 2005.

2)　　The Complaint was served on defendant G. Conway on March 30, 2005.

3)	G. Conway has never filed an Answer or a responsive pleading to the Complaint.

WHEREFORE, Plaintiffs seek the entry of Default in this matter.

>	Respectfully submitted,
>
>	PAUL J. MCNALLY, as he is
>	TRUSTEE, MASSACHUSETTS
>	LABORERS' HEALTH AND WELFARE
>	FUND, et al,
>
>	By their attorneys,
>
>	/s/ Gregory A. Geiman
>	Anne R. Sills, Esquire
>	BBO #546576
>	Gregory A. Geiman, Esquire
>	BBO #655207
>	Segal, Roitman & Coleman
>	11 Beacon Street
>	Suite #500
>	Boston, MA  02108
>	(617) 742-0208

Dated: December 1, 2005

## VERIFICATION

I, Gregory A. Geiman, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

>	/s/ Gregory A. Geiman
>	Gregory A. Geiman, Esquire

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Verified Request to Enter Default has been served by first class mail upon Defendant G. Conway, Inc. by its attorney, Steven B. Rosenthal at 15 Broad Street, Boston, MA  02109 this 1st day of December, 2005.

>	/s/ Gregory A. Geiman
>	Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 04-479/verreqdf.doc