UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Paul J. McNally, as he is Trustee,
Mass. Laborers Health and Welfare
Fund, et al
              **Plaintiff**

CIVIL ACTION

NO.  05-10072-MEL

V.

G. Conway, Inc.
              **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Paul J. McNally, as he is Trustee, Mass. Labers Health and Welfare Fund, et al  for an order of Default for failure of the Defendant,  G. Conway, Inc.  , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  9   day of December 2005  .

              TONY ANASTAS
              CLERK OF COURT

              By:    /s/ George H. Howarth
                      Deputy Clerk

**Notice mailed to: Plaintiff's counsel and the Defendant's counsel**

(Default Notice.wpd - 2/2000)                       [ntcdflt.]