UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>        Plaintiffs<br><br>vs.<br><br>G. CONWAY, INC.,<br>        Defendant<br><br>and<br><br>BOWDOIN CONSTRUCTION CORP.,<br>        Reach-and-Apply Defendant<br><br>and<br><br>FLEET,<br>        Trustee | C.A. No. 05-10072 MEL |

## AFFIDAVIT OF ANNE R. SILLS

1. My name is Anne R. Sills. I am a partner with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the Massachusetts Laborers' Benefit Funds by G. Conway, Inc. ("Conway") since on or about November 9, 2004. Since that date, we have incurred legal fees of $9,560.00 and costs of $961.59.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23rd DAY OF DECEMBER, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above document has been served by first class mail upon the Defendant, G. Conway, Inc. by its attorney, Steven B. Rosenthal at 15 Broad Street, Boston, MA 02109 this 23rd day of December, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 04-479/affsills4.doc