**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND, | C.A. No. 05-10072 MEL |

Plaintiffs

vs.

G. CONWAY, INC.,
                    Defendant

and

BOWDOIN CONSTRUCTION CORP.,
                    Reach-and-Apply Defendant

and

FLEET,
                    Trustee

## DEFAULT JUDGMENT

Defendant G. Conway, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $88,862.27 in unpaid benefit funds contributions; $17,773.36 in interest on the unpaid contributions; $5,252.59 in interest on late-paid contributions; an additional $17,772.45 in liquidated damages; and $10,521.59 in attorneys'

fees and costs; and that Defendant is not an infant or incompetent person or in the military

service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant G.

Conway, Inc. the principal amount of $88,862.27; prejudgment interest of $17,773.36; interest

on late-paid contributions of $5,252.59; liquidated damages of $17,772.45; and attorneys' fees

and costs of $10,521.59, for a total judgment of $140,182.26, with interest as provided by law,

which interest rate is effective this date is _____ percent.


_____
The Honorable Morris E. Lasker
United States District Court


Dated: _____

GAG/gag&ts
ARS 6306 04-479/defltjdg.doc

2