## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,

Plaintiffs

vs.

G. CONWAY, INC.,

Defendant

and

BOWDOIN CONSTRUCTION CORP.,

Reach-and-Apply Defendant

and

FLEET,

Trustee

C.A. No. 05-10072 MEL

### DEFAULT JUDGMENT

Defendant G. Conway, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $88,862.27 in unpaid benefit funds contributions; $17,773.36 in interest on the unpaid contributions; $5,252.59 in interest on late-paid contributions; an additional $17,772.45 in liquidated damages; and $10,521.59 in attorneys'

fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant G. Conway, Inc. the principal amount of $88,862.27; prejudgment interest of $17,773.36; interest on late-paid contributions of $5,252.59; liquidated damages of $17,772.45; and attorneys' fees and costs of $10,521.59, for a total judgment of $140,182.26, with interest as provided by law, which interest rate is effective this date is 4.37 percent.

_____
The Honorable Morris E. Lasker
United States District Court

Dated: 1/17/06

GAG/gag&ts
ARS 6306 04-479/defltjdg.doc